# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. CAVANAGH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AEROSPACE INSURANCE MANAGERS, INC., AEROSPACE INSURANCE SERVICES,<br><br>　　　　　　Defendants. | **Case No. 15-CV-01177-TLN-SKO**<br><br>**ORDER ON STIPULATION OF THE PARTIES TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**ORIGINAL**<br>**DATE:　　October 22, 2015**<br>**TIME:　　9:30 a.m.**<br>**COURTROOM:  2**<br><br>**REQUESTED**<br>**DATE:　　November 19, 2015**<br>**TIME:　　9:30 a.m.**<br>**COURTROOM:  2**<br><br>Complaint Filed: July 29, 2015<br>Trial Date: None |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

*///*

---

ORDER ON STIPULATION TO CONTINUE MOTION TO DISMISS

1

**IT IS HEREBY ORDERED** that the Motion to Dismiss of Defendant AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AEROSPACE INSURANCE MANAGERS, INC., AEROSPACE INSURANCE SERVICES, presently scheduled for October 22, 2015, at 2:00 p.m. in Dept. 2, shall be continued to November 19, 2015, at 2:00 p.m. in Dept. 2, with Opposition and Reply dates being calculated by the new Motion date.

Dated:  September 25, 2015

Troy L. Nunley
United States District Judge