E. Gerard Mannion (State Bar # 77287)
Demián I. Oksenendler (State Bar # 233416)
Kelly M. Mannion (State Bar # 278816)
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810
Email: gerry@mannionlowe.com
          demian@mannionlowe.com
          kelly@mannionlowe.com

Attorneys for Plaintiff
WILLIAM G. CAVANAUGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. CAVANAUGH,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AEROSPACE INSURANCE MANAGERS, INC., AEROSPACE INSURANCE SERVICES,<br><br><br>Defendants. | **Case No. 1:15-CV-01177-TLN-SKO**<br><br><br>**STIPULATION TO JOIN CHAPTER 7 TRUSTEE GARY R. FARRAR AS A PLAINTIFF; ORDER**<br><br><br>Complaint Filed: July 29, 2015<br>Trial Date: None |

Whereas on July 29, 2015 plaintiff filed the complaint in this action for RECOVERY PURSUANT TO INSURANCE CODE SECTION 11580, BREACH OF CONTRACT, AND BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING;

**Whereas** plaintiff William G. Cavanaugh filed for Chapter 7 Bankruptcy on December 20, 2013;

**Whereas** Gary R. Farrar was re-appointed as the Trustee of the Cavanagh Bankruptcy Estate, Case Number 13-92200-E-7 on July 8, 2014;

**Whereas** on November 13, 2015, Mr. Farrar, in his capacity as Trustee, was authorized by the U.S. Bankruptcy Court of the Eastern District of California to employ Mannion & Lowe as Special Counsel to prosecute the above captioned case, and did employ that firm;

**Whereas** Mr. Farrar, acting as Trustee, is an indispensable party to this action;

**Whereas** Counsel for the parties have agreed to allow Mr. Farrar, in his capacity as Trustee, to join as a plaintiff in this action.

**Therefore:**

**IT IS HEREBY STIPULATED BY THE PARTIES** that Gary F. Farrar, in his capacity as Chapter 7 Bankruptcy Trustee for William G. Cavanaugh, be added to the case as a plaintiff, with Mr. William G. Cavanaugh, and assert all the claims asserted in the Complaint, in his capacity as Trustee.


DATED: November 30, 2015                    **MANNION & LOWE**

By:     /s/                                           
            E. GERARD MANNION, ESQ.
            Counsel for Plaintiffs
            WILLIAM G. CAVANAUGH and the
            Bankruptcy Trustee, Gary Farrar


DATED: November 30, 2015                    **WORTHE  HANSON & WORTHE**

By:     /s/                                           
            JOHN R. HANSON, ESQ.
            Counsel for Defendants, AMERICAN
            NATIONAL PROPERTY AND CASUALTY
            COMPANY, AEROSPACE INSURANCE
            MANAGERS, INC.

## ORDER

Having read and considered the foregoing stipulation for order joining an indispensable party and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Gary R. Farrar, in his capacity as Trustee be joined as a plaintiff.


Dated:  December 4, 2015


_____
Troy L. Nunley
United States District Judge