UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. CAVANAUGH, et al.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, et al.,<br><br>　　　　　Defendants. | No. 1:15-cv-01177-TLN-SKO<br><br><br>ORDER |
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>　　　　　Third-Party Plaintiff,<br>v.<br>WILLIAM G. CAVANAUGH, et al.,<br><br>　　　　　Third-Party Defendants. | |

　　　　The Court held a status conference on April 25, 2017 (the "Conference"). The Conference was held at the same time and place as a status conference for *In re Cavanagh*, United States Bankruptcy Court, Eastern District of California, Case No. 13-92200.[1] Additionally, pending before the Court are two stipulations and requests for proposed orders.

---

[1] Various spellings of Plaintiff's name have appeared in filings in the instant action as well as the bankruptcy proceeding.

1

(ECF Nos. 43, 45.) Except to the extent ordered below, these requests are DENIED.

Having carefully considered the arguments raised during the Conference,
IT IS HEREBY ORDERED that:

1. Gary R. Farrar, as Chapter 7 Trustee of the bankruptcy estate in *In re Cavanagh*, United States Bankruptcy Court, Eastern District of California, Case No. 13-92200, is substituted as Plaintiff in this action in the place of William G. Cavanaugh. The Clerk of the Court shall revise the caption of the instant action accordingly.

2. American National Property and Casualty Company may file an amended pleading within 20 days of the date this Order is filed.

3. On March 30, 2017, the parties sought to extend "the Non Expert Cut-Off as applicable solely to the depositions of William Cavanaugh and Patricia Cavanaugh" to April 30, 2017. (ECF No. 43 at 2.) It seems this date is no longer mutually agreeable to the parties. They shall submit a stipulation proposing a revised date within seven days of the date this Order is filed.

4. The Court grants the parties request that Mr. Mannion be permitted to redepose Bill Coulter by May 12, 2017.

Dated: April 26, 2017

Troy L. Nunley
United States District Judge

2