**WORTHE HANSON & WORTHE**
A Law Corporation
JOHN R. HANSON, SB# 149794
   E-Mail: jhanson@whwlawcorp.com
1851 East First Street, Ninth Floor
Santa Ana, California  92705
Telephone: 714.285.9600
Facsimile: 714.285.9700


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
   E-Mail: Rebecca.Weinreich@lewisbrisbois.com
STEPHEN V. KOVARIK, SB# 184656
   E-Mail: Stephen.Kovarik@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants AMERICAN
NATIONAL PROPERTY AND CASUALTY
COMPANY, AEROSPACE INSURANCE
MANAGERS, INC., AND AEROSPACE
INSURANCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY R. FARRAR, as Chapter 7 Trustee of the bankruptcy estate in In re: Cavanagh, United States Bankruptcy Court, Eastern District of California, Case No. 13-92200,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, AEROSPACE INSURANCE MANAGERS, INC., AEROSPACE INSURANCE SERVICES,<br><br>                    Defendants. | CASE NO. 15-CV-01177-TLN-SKO<br><br>**JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF FOR DEPOSITIONS OF WILLIAM AND PATRICIA CAVANAUGH**<br><br>Honorable Troy L. Nunley<br><br>Complaint Filed:  July 29, 2015<br>Trial Date:  January 22, 2018 |

4829-2619-6293.1

AMERICAN NATIONAL PROPERTY AND
CASUALTY COMPANY,

        Third-Party Plaintiff,

    vs.

WILLIAM G. CAVANAUGH, an individual;
GARY R. FARRAR, as Chapter 7 Trustee of
the bankruptcy estate in In re: Cavanagh,
United States Bankruptcy Court, Eastern
District of California, Case No. 13-92200; and
BILL COULTER dba CASTLE AVIATION
AND REPAIR, and ROES 1 to 20, Inclusive,

        Third-Party Defendants.

Plaintiff and Third-Party Defendant Trustee Gary R. Farrar ("Trustee"), Third-Party

Defendant William G. Cavanaugh ("Cavanaugh"), Defendant and Third-Party Plaintiff American

National Property and Casualty Company ("American National"), and Defendants Aerospace

Insurance Managers, Inc. and Aerospace Insurance Services, through their respective counsel,

stipulate as follows:

    1.    Cavanaugh filed the present action on or about July 29, 2015, alleging three cause

of action: (a) to collect on a judgment entered in underlying litigation against American National

insured Bill Coulter ("Coulter"); (b) breach of contract as an assignee of Coulter's rights under the

American National Airport Liability Insurance Policy at issue in this action based on defendants'

alleged failure to defend, settle and indemnify Coulter in connection with the underlying action;

and (c) breach of the implied covenant of good faith and fair dealing (bad faith) based upon

defendants' conduct after Cavanaugh became a third-party beneficiary of the insurance contract.

    2.    On February 1, 2016, this Court entered a Pretrial Scheduling Order.  As of that

date, the order cut off the joinder of parties and amendment of pleadings without leave of court.

The Pretrial Scheduling Order also set the discovery cut-off on February 2, 2017 and trial on

January 22, 2018.

4829-2619-6293.1        -2-

JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER TO EXTEND
DISCOVERY CUT-OFF FOR DEPOSITIONS OF WILLIAM AND PATRICIA CAVANAUGH

3. On December 21, 2016, the parties stipulated to amend the Pretrial Scheduling Order to (a) allow the filing of American National's proposed Third-Party Complaint for Reformation of Insurance Policy, and (b) extend the Non Expert Discovery Cut-off to March 31, 2017, Expert Disclosure to May 19, 2017, and the disclosure of Supplemental experts to within 20 days after this date. On December 27, 2016, the Court "so ordered" the parties' stipulation.

4. On April 27, 2017, the Court entered an order (a) substituting Gary R. Farrar, as Chapter 7 Trustee of the bankruptcy estate in In re: Cavanagh, United States Bankruptcy Court, Eastern District of California, Case No. 13-92200 ("Trustee"), as Plaintiff in this action in place of Cavanaugh; and (b) permitting American National to amend its Third-Party Complaint for Reformation.

5. On April 28, 2017, American National filed its First Amended Third-Party Complaint for Reformation, naming as third-party defendants Cavanaugh, the Trustee, and Bill Coulter dba Castle Aviation and Repair. Mr. Coulter has not appeared in this action.

6. To accommodate Mr. Cavanaugh, whose ability to travel is made difficult by health issues, and to allow for the efficient resolution of this action without the need to incur unnecessary expenses, the parties stipulate, subject to approval of the Court, that the Non Expert Cut-Off as applicable solely to the depositions of William Cavanaugh and his wife, Patricia Cavanaugh, is extended until either (1) thirty days after the Court rules on any dispositive motions filed in this matter, or (2) if no such motions are filed, thirty days after August 24, 2017, the last day set forth in the Pretrial Scheduling Order for hearing dispositive motions. All other dates set forth in the Pretrial Scheduling Order remain unchanged.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: May 2, 2017                    LEWIS BRISBOIS BISGAARD & SMITH LLP



                                      By: _____/s/ Stephen V. Kovarik_____
                                          Rebecca R. Weinreich
                                          Stephen V. Kovarik
                                          Attorneys for American National Property and
                                          Casualty Company, Aerospace Insurance
                                          Managers, Inc., Aerospace Insurance Services

DATED: May 2, 2017                    MANNION & LOWE



                                          /s/ E. Gerard Mannion
                                      By: (as authorized on May 2, 2017)
                                          E. Gerard Mannion
                                          Demian I. Oksenendler
                                          Attorneys for Plaintiff and Third-Party Defendant
                                          Trustee Gary Farrar, and Third-Party Defendant
                                          William G. Cavanaugh


IT IS SO ORDERED.


Dated: May 4, 2017




                                      _____
                                      Troy L. Nunley
                                      United States District Judge

JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER TO EXTEND
DISCOVERY CUT-OFF FOR DEPOSITIONS OF WILLIAM AND PATRICIA CAVANAUGH