UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. CAVANAUGH, et al.,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, et al.,<br><br>Defendants.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>Third-Party Plaintiff,<br>v.<br><br>WILLIAM G. CAVANAUGH, et al.,<br><br>Third-Party Defendants. | No. 1:15-cv-01177-TLN-SKO<br><br>ORDER |

The parties acknowledge that the Pretrial Scheduling Order "instructed the parties to complete all discovery of expert witnesses in a timely manner in order to comply with the Court's deadline for the filing of dispositive motions." (ECF No. 65 at 2.) The parties acknowledge that the Pretrial Scheduling Order requires that "all such motions be heard no later than August 24, 2017." (ECF No. 65 at 2.) The parties have filed a joint stipulation requesting that "the cut-off for depositions of expert witnesses [be] extended until thirty days after the Court rules on the

1

dispositive motions filed in this matter." (ECF No. 65 at 3.)  This request is GRANTED.[1]  All other dates set forth in the Pretrial Scheduling Order remain unchanged.

Dated: August 31, 2017

Troy L. Nunley
United States District Judge

---

[1] The Court observes that the instant request was filed on August 28, 2017, after the deadline the parties seek to extend had already passed.  *See* L.R. 230(b).  The parties are admonished that a request for an extension of a deadline should be made *before* that deadline passes.

2